# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 19-01728JVS(JDEx) | Date December 16, 2019 |
| Title Federal Trade Commission v Student Advocates Team LLC, et al | |

Present: The Honorable **James V. Selna, US District Court Judge**

| Rolls Royce Paschal | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| John Jacobs<br>Delilah Vinzon | I Hooshie Broomand |

**Proceedings:**
1. Defendants Bradley Jason Hunt and Sean Quincy Lucero's Motion to Dismiss [20]
2. Plaintiff FTC's Motion to Strike Jury Demand by Defendants Bradley Jason Hunt and Sean Quincy Lucero [28]
3. Scheduling Conference

Cause called and counsel make their appearances. The Court's tentative ruling is issued. Motions are argued. The Court orders that the tentative ruling shall become the order of the Court. A separate order to issue.

The Court sets the case management dates with the agreement of counsel as follows:

> **Court Trial**                **February 2, 2021 at 8:30 a.m.**
>    File Findings of Fact and Conclusions of Law by January 26, 2021
> **Final PreTrial Conference**   **January 19, 2021 at 8:30 a.m.**
>    File PreTrial Documents not later than January 12, 2021
>    File motions in limine not later than December 22, 2020
> **Discovery Cut-off**           **October 7, 2020**
> **Expert Discovery Cut-off**    **October 21, 2020**
>    Initial disclosure of Experts not later than August 13, 2020
>    Rebuttal disclosure of Experts not later than September 10, 2020
> **Law and Motion Cut-off**      **December 14, 2020 at 1:30 p.m.**
>    Motions to be filed and served not later than November 6, 2020

     Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15 is ADR #2 before the Court's mediation panel. The Court orders that any settlement discussions shall be completed not later than July 17, 2020. Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 19-01728JVS(JDEx)  Date  December 16, 2019

Title  Federal Trade Commission v Student Advocates Team LLC, et al

**cc: ADR**

Mtns: 7 mins, SC 3 mins

0 : 10

Initials of Preparer  rrp