DELILAH VINZON, CA Bar No. 222681
JOHN D. JACOBS, CA Bar No. 134154
MARICELA SEGURA, CA Bar No. 225999
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
dvinzon@ftc.gov, jjacobs@ftc.gov, msegura@ftc.gov
Tel: (310) 824-4300; Fax: (310) 824-4380

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 8:19-cv-01728-JVS-JDE |
| Plaintiff, | **PLAINTIFF FEDERAL TRADE COMMISSION'S REPORT RE MEDIATION** |
| v. | |
| STUDENT ADVOCATES TEAM, LLC, et al., | |
| Defendants. | |

Plaintiff Federal Trade Commission ("FTC") submits the following report on mediation. FTC Counsel circulated a draft and made multiple attempts to contact Defendants' counsel over several days in an effort to submit a joint report as ordered by the Court [Doc. 35], but as of the time of filing this report, FTC Counsel has received no response from Defendants' counsel.

Mediator Byron Moldo conducted a mediation session via video conference on June 30, 2020 at 9:30 a.m. FTC counsel Delilah Vinzon, John Jacobs, and Maricela Segura attended on behalf of the FTC, and Defendants Bradley Hunt and Sean Lucero attended with their counsel, I. Hooshie Broomand. The parties have agreed to continue settlement discussions, including sharing information over the next 30 days. Thereafter, if the parties believe it will be useful, the parties may resume another mediation session with Mr. Moldo in August 2020.

The parties have agreed to submit a stipulation to the Court seeking approval of extended case management dates in light of the challenges counsel and the parties have faced as a result of the COVID-19 pandemic as well as the parties' efforts to continue settlement negotiations and mediation.

Respectfully submitted,

DATED: July 7, 2020

　　　　　　　　　　　　　 */s/ Delilah Vinzon*

Delilah Vinzon
John D. Jacobs
Maricela Segura

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION