**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff(s)<br><br>v.<br><br>STUDENT ADVOCATES TEAM, LLC, et al.,<br><br>Defendant(s). | 8:19-cv-01728-JVS-JDE<br><br><br>**MEDIATION REPORT** |

_**Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.**_

1.  ☒  A mediation was held on (date):  June 30, 2020 .

    ☐  A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☒  Appeared as required by Civil L.R. 16-15.5(b).

    ☐  Did not appear as required by Civil L.R. 16-15.5(b).

      ☐  Plaintiff or plaintiff's representative failed to appear.
      ☐  Defendant or defendant's representative failed to appear.
      ☐  Other:

3.  Did the case settle?

    ☐  Yes, fully, on _____ (date).
    ☐  Yes, partially, and further facilitated discussions are expected. _(See No. 4 below.)_
    ☐  Yes, partially, and further facilitated discussions are **not** expected.
    ☒  No, and further facilitated discussions are expected. _(See No. 4 below.)_
    ☐  No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?
    August 15, 2020 .

Dated:  July 8, 2020

_/s/ Byron Z. Moldo_
Signature of Mediator

Byron Z. Moldo
Name of Mediator (print)

The Mediator is to electronically file original document.